UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BERNARDINI, | ) NO. CV 08-8150-JVS (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| BRIAN HAWS, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  11.19.09 .

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE